```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * *
DAISY M. PERDOMO         *
       Plaintiff         *
                         *   CIVIL ACTION
VERSUS                   *   NO. 11-2374
                         *
UNITED STATES OF         *
AMERICA                  *
       Defendant         *   SECTION: "A"(1)
* * * * * * * * * * * * *
```

DEPOSITION OF **DAISY A. PERDOMO**, 68 MONTEGO DRIVE, KENNER, LOUISIANA, 70065 TAKEN IN THE OFFICES OF PEDRO F. GALEAS, ESQUIRE, 829 BARONNE STREET, NEW ORLEANS, LOUISIANA, 70113, ON TUESDAY, MAY 8, 2012, COMMENCING AT 9:05 A.M.

APPEARANCES:
Representing the Plaintiff:

    PEDRO F. GALEAS, ESQUIRE
    829 BARONNE STREET
    NEW ORLEANS, LOUISIANA 70113

Representing the Defendant:

    UNITED STATES ATTORNEY'S OFFICE
    (BY: JASON M. BIGELOW, ESQ.)
    SUITE 1600
    650 POYDRAS STREET
    NEW ORLEANS, LOUISIANA, 70130

Reported by:

    JULIE M. CARROUM, CCR, RPR
    CERTIFIED COURT REPORTER
    REGISTERED PROFESSIONAL REPORTER

ORIGINAL

```
 1  Like he was like, "Why you did that?  Your
 2  mom told you not to."  You know, he was kind
 3  of worried, but he was surprised that I
 4  actually quickly swirled, you know.
 5       Q.   And kind of moving on now,
 6  anything else you can tell me about the
 7  actual accident itself or right afterward
 8  that you haven't?
 9       A.   No, that's about it.
10       Q.   Okay.  Kind of moving on to your
11  medical treatment, how you felt, how did you
12  feel like the next day or two after the
13  accident?
14       A.   After, okay.  The second day of
15  the accident, I went to therapy.  I do
16  remember that.  I went to therapy.  And
17  after that, I been treating ever since.
18       Q.   And I understand -- I don't know.
19  You started going to Dr. Dennington?  Is
20  that the name of the chiropractor?
21       A.   Yeah.
22       Q.   And who recommended
23  Dr. Dennington?
24       A.   My lawyer.
25       Q.   Okay.  And can you just describe
```

```
 1        A.    I was referred to Dr. Haydel.
 2        Q.    Who referred you?  Did
 3  Dr. Dennington refer you or your attorney?
 4        A.    Attorney.
 5        Q.    And there was a November 24th,
 6  2010 medical report from Dr. Dennington.
 7  I'm just going to read you a couple of
 8  things he noted and ask if you agree with it
 9  or disagree with what he had written.  On
10  Page 3 of his report he said, "All of her
11  complaints responded favorably to the
12  conservative treatment."  Do you feel like
13  all your complaints --
14        A.    Yes.
15        Q.    -- improved so?  He said, "Her
16  headaches and neck complaints were resolved
17  during the first two months of treatment
18  following the accident."  Would you agree
19  with that?
20        A.    Yeah, because it really wasn't --
21  like the pain wasn't there no more.  But it
22  will come back.  It depends on the way I
23  sleep, like, you know, lay and everything.
24  But other than that, my neck doesn't hurt
25  that much.
```